**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BASILE DASKALAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-406-M |
| ) | |
| OKLAHOMA STATE OF, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 23, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court deny plaintiff's motion to appear *in forma pauperis* and that this action be dismissed without prejudice unless plaintiff pays the full filing fee within twenty (20) days of any order adopting the Report and Recommendation. Plaintiff was advised of his right to object to the Report and Recommendation by June 12, 2013. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on May 23, 2013;
(2) DENIES plaintiff's motion to appear *in forma pauperis* [docket no. 2]; and
(3) ORDERS plaintiff to pay the entire $350.00 filing fee within twenty (20) days of the date of this Order. The Court would further advise plaintiff that if the entire filing fee is not paid by the above deadline, this action will be dismissed without prejudice.

**IT IS SO ORDERED this 25th day of June, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE